# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-00-00698-CR

**Dayne John Kline, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 274TH JUDICIAL DISTRICT
### NO. 2000-038, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

**PER CURIAM**

This is an appeal from an order revoking community supervision. Sentence was imposed on August 31, 2000. The deadline for filing a motion for new trial or perfecting appeal was therefore Ocotber 1. *See* Tex. R. App. P. 21.4(a), 26.2(a)(1). Both a motion for new trial and notice of appeal were filed on October 12. No extension of time for filing notice of appeal was requested. *See* Tex. R. App. P. 26.3. We lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App.1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

Before Justices Kidd, B. A. Smith and Puryear

Dismissed for Want of Jurisdiction

Filed:   February 15, 2001

Do Not Publish